FILED
CLERK, U.S. DISTRICT COURT
SEP 25 2026
CENTRAL DISTRICT OF CALIFORNIA
BY rec DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

v.

CARLOS ABDIEL TORRES

Defendant.

26-MJ-00696-DUTY

ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) (✓) the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

• SUBMISSION TO DETENTION

• FAILURE TO MAKE SHOWING OF CONDITIONS, CLEAR AND CONVINCING.

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

• SUBMISSION TO DETENTION

• FAILURE TO MAKE SHOWING OF CONDITIONS, CLEAR AND CONVINCING

IT IS ORDERED that defendant be detained.

DATED: 9/25/26

[signature]

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE